STATE OF NEW JERSEY v. HAROLD LUTZ.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH LO BUONO.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL KONIKOW.

May 28, 1980.

Petition for certification denied.